**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COURTNEY GRANT and SCOTT BLAIR,

      Plaintiffs,

v.                                      Case No:  6:14-cv-2132-Orl-40GJK

GENERAL MOTORS LLC,

      Defendant.
_____/

## ORDER

This cause is before the Court on the Renewed Joint Motion for Approval of Settlement Involving a Minor (Doc. 68) filed on June 3, 2016. The United States Magistrate Judge has submitted a sealed report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Sealed Report and Recommendation was filed, (Doc. 74), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Sealed Report and Recommendation filed August 10, 2016 (Doc. 71), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement Involving a Minor (Doc. 68) is **GRANTED**.

3. The Court **FINDS** the appointment of a guardian ad litem or legal guardianship is not necessary under Florida law.

4. The Court **APPROVES** of the proposed Agreement as in the best interest of T.B.

5. The Court **AUTHORIZES** Scott Blair, as the natural guardian and as the individual with Temporary Sole Parental Responsibility for T.B., to execute the Agreement on T.B.'s behalf.

**DONE AND ORDERED** in Orlando, Florida on August 17, 2016.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties